83,165-01

# SALMÓN & HAAS
## ATTORNEYS AT LAW

202 E. Locust St., San Antonio, Texas 78212 • www.salmonhaas.com
Telephone (210) 734-8472 • Email info@salmonhaas.com

June 5, 2015

Notice of Appearance
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Diego Garcia
WR-83,165-01

We are writing this letter to inform you that our office represents Diego Garcia if you have any questions please don't hesitate in contacting our office.

Thank you,

Salmon & Haas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 1 0 2015

Abel Acosta, Clerk